UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CURTIS R. RABENBERG,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE SWENSON, IN HIS OFFICIAL CAPACITY AS SHERIFF OF LINCOLN COUNTY, SD; AND JASON RAVNSBORG, ATTORNEY GENERAL OF SOUTH DAKOTA;<br><br>Defendants. | 4:20-CV-04077-KES<br><br>ORDER FOR SERVICE |

Petitioner, Curtis R. Rabenberg, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Based upon the record,

IT IS ORDERED that:

(1) the Clerk of Court is directed to serve upon the respondent and the Attorney General of the State of South Dakota a copy of the petition and this Order;

(2) respondents will file and serve a response to the petition within thirty (30) days after receipt of this Order;

(3) respondents shall cause to be filed copies all pertinent state court records, including any pertinent transcripts.

DATED this 4th day of May, 2020.

BY THE COURT:

*Veronica L. Duffy* (signature)
VERONICA L. DUFFY
United States Magistrate Judge